1. DATE: MONDAY, MAY 16, 2011   11:30 AM
2. TO: HONORABLE JUDGE(s) OF THE
3. UNITED STATES DISTRICT COURT
4. OF THIS SOUTHERN DISTRICT OF
5. THE STATE OF CALIFORNIA (CURRENTLY PRESIDING)
   USDC / CA JUDGE
6. FROM: KAREN HEAPS   IN PRO PER / IN PRO SE
7.
8.
9. P.O. BOX 181622
10. CORONADO, CA  92118 AKA 92178
11. '11 CV 1069 LAB NLS
12. RE: APPOINTMENT AND/OR A LETTER
13. TO REQUEST A   AUTHORIZATION
14. * LETTER OF AUTHORIZATION TO   USE OF THE
15. USE THIS BUILDINGS   * LAW LIBRARY
16. * LAW LIBRARY   FOR MY PERSONAL
17. FOR MY   , RESEARCH
18. , RESEARCH   , INFORMATION
19. , INFORMATION   , REPRESENTING SELF
20. , REPRESENTING SELF   AS OTHER
21. AS OTHER   REPRESENTATIVE(S)
22. REPRESENTATIVE(S)   COMPROMISED OR
23. COMPROMISED OR   INTIMIDATED AND
24. INTIMIDATED...   UNAVAILABLE OR
25. AND UNAVAILABLE   INEFFECTIVE...
26. INEFFECTIVE...

AM SINCERELY DISAPPOINTED - DENIED EFFECTIVE/COMPETENT REPRESENTATION -

SIRS/

WILL CALL

REGARDS, Karen Heaps

TO: LAW LIBRARY
U.S. FEDERAL BUILDING - (SCHWARTZ)
S.D., CA. 92101

FROM: A CURRENTLY PRESIDING HONORABLE JUDGE OF UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

RE: LAW LIBRAY - ENTRY, USE OF LAW LIBRARY, INFORMATION, REFERENCES, RESOURCES, ASSISTANCE APPROVAL AND AUTHORIZATION.

TO WHOM IT MAY CONCERN:

KAREN HEAPS AUTORIZED ENTRY, USE OF LAW LIBRARY,, RESOURCE(S), ASSISTANCE(S), INFORMATION, REFERENCE(S)

REGARDS,

_____
JUDGE SIGNATURE

_____   _____
PRINT JUDGE NAME - TITLE        DATE